An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS C. BURDSAL,
Petitioner,
vs.
THE SIXTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
PERSHING; AND THE HONORABLE
MICHAEL MONTERO, DISTRICT
JUDGE,
Respondents.

No. 67651

FILED

JUL 23 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This pro se original petition for a writ of mandamus challenges the district court's apparent failure to rule on a 2013 motion to set aside a default, as well on other pending motions.

Having reviewed the petition, we are not persuaded that mandamus relief is warranted. NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (noting that petitioner bears the burden of demonstrating that extraordinary relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). We therefore deny the petition. NRAP 21(b)(1). Notwithstanding the denial of this petition, we are confident that the district court will rule on any pending motions in a timely manner, if it has not already done so.

It is so ORDERED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22277

cc: Hon. Michael Montero, District Judge
Thomas C. Burdsal
Attorney General/Carson City
Attorney General/Las Vegas
Pershing County Clerk

SUPREME COURT
OF
NEVAOA

(O) 1947A